# ATTACHMENT A

| | AO 44 |
|---|---|
| | (Rev. 11/07) |

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

**INVOICE NO:** 20090020

**MAKE CHECKS PAYABLE TO:**

William C. Bergmann, Esquire
Baker Hostetler
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, DC 20036-5304

Phone: (202) 861-1549
FAX: (202) 861-1783

wbergmann@bakerlaw.com

Heidi Jeffreys, RDR, CRR
United States Court Reporter
600 Granby Street
Room 217
Norfolk, VA 23510

Phone: (757) 222-7075

hjeffreys@netscape.com

☐ CRIMINAL   [X] CIVIL   **DATE ORDERED:** 02-18-2009   **DATE DELIVERED:** 02-19-2009

**Case Style:** 2:08CV00312, Rutherford Controls Int'l. v Security Door Controls, Inc.
Transcript of motions hearing held on February 18, 2009. Original filed with the court.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 24 | 0.90 | 21.60 | | | | 21.60 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 21.60 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $21.60 |

**Date Paid:**   **Amt:**

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

**SIGNATURE** /s/ Heidi L. Jeffreys   **DATE** 2/19/09

(All previous editions of this form are cancelled and should be destroyed)

85641.6

| AO 44 (Rev. 7/95) | UNITED STATES DISTRICT COURT | | |
|---|---|---|---|
| | For the Eastern District of Virginia | | |
| | INVOICE | NUMBER | 315 |

| TO: | NOTE |
|---|---|
| William C. Bergmann, Esquire<br>Baker Hostetler<br>Washington Square, Suite 110<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036-5304<br>PHONE: 202-861-1549 | MAKE CHECK PAYABLE TO:<br>Krista M. Liscio, OCR, RMR<br>12704 Crimson Court<br>Richmond, VA 23233<br><br>PHONE: (804) 916-2296 |

### TRANSCRIPTS

| CRIMINAL | X CIVIL | DATE ORDERED 7/13/09 | DATE DELIVERED |
|---|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
Rutherford Controls, et al v. Alarm Controls, et al    3:08 CV 369

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | $0.00 | | | $0.00 | | | $0.00 | |
| Expedited | | $5.00 | $5.00 | 119 | | $119.00 | | | $0.00 | $119.00 |
| Daily | | | $0.00 | | | $0.00 | | | $0.00 | |
| Hourly | | | $0.00 | | | $0.00 | | | $0.00 | |
| | | | | | | | | | TOTAL | $119.00 |

For proceedings on (Date): 7/13/09

### DELIVERY CHARGES

| NOTE: Original filed in the Clerk's office. | LESS DISCOUNT FOR LATE | |
|---|---|---|
| EIN No.: Redacted | LESS AMOUNT OF DEPOSIT | |
| | TOTAL REFUNDED | |
| Thank you | TOTAL DUE | $119.00 |

### ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary *delivery* rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE July 22, 2009 |
|---|---|

(All previous editions of this form are canceled and should be destroyed.)



| | | |
|---|---|---|
| AO 44 (Rev. 7/95) | **UNITED STATES DISTRICT COURT** | |
| | For the ___Eastern___ District of ___Virginia___ | |
| | **INVOICE** | NUMBER: 336 |

| TO: | NOTE |
|---|---|
| Neal Seth, Esquire<br>Baker & Hostetler, LLP<br><br>PHONE: 202-861-1775 | **MAKE CHECK PAYABLE TO:**<br>Krista M. Liscio, OCR, RMR<br>12704 Crimson Court<br>Richmond, VA 23233<br><br>PHONE: (804) 916-2296 |

## TRANSCRIPTS

| CRIMINAL | X CIVIL | DATE ORDERED | DATE DELIVERED |
|---|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
Rutherford v. Vanguard 3:08 CV 369

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | $0.00 | | | $0.00 | | | $0.00 | |
| Expedited | 17 | $4.85 | $82.45 | | | $0.00 | | | $0.00 | $82.45 |
| Daily | | | $0.00 | | | $0.00 | | | $0.00 | |
| Hourly | | | $0.00 | | | $0.00 | | | $0.00 | |

| For proceedings on (Date): October 20, 2009 | TOTAL | $82.45 |
|---|---|---|

### DELIVERY CHARGES

| NOTE: Original filed in the Clerk's office. | LESS DISCOUNT FOR LATE | |
|---|---|---|
| EIN No.: Redacted | LESS AMOUNT OF DEPOSIT | |
| | TOTAL REFUNDED | |
| Thank you | **TOTAL DUE** | **$82.45** |

### ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary *delivery* rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| | November 3, 2009 |

*(All previous editions of this form are canceled and should be destroyed.)*

| | | | | | |
|---|---|---|---|---|---|
| AO 44 (Rev. 7/95) | | **UNITED STATES DISTRICT COURT** | | | |
| | For the | Eastern | District of | Virginia | |
| **INVOICE** | | | | NUMBER | 336 |
| TO: Neal Seth, Esquire<br>Baker & Hostetler, LLP<br><br>PHONE: 202-861-1775 | | | NOTE<br>MAKE CHECK PAYABLE TO:<br>Krista M. Liscio, OCR, RMR<br>12704 Crimson Court<br>Richmond, VA 23233<br><br>PHONE: (804) 916-2296 | | |
| **TRANSCRIPTS** | | | | | |
| CRIMINAL | X CIVIL | DATE ORDERED | | DATE DELIVERED | |
| IN THE MATTER OF (CASE NUMBER AND TITLE)<br>Rutherford v. Vanguard 3:08 CV 369 | | | | | |
| **CHARGES** | | | | | |
| CATEGORY | ORIGINAL | 1ST COPY | ADDITIONAL COPIES | | TOTAL CHARGES |
| DISTRIBUTION: | TO PARTY (2 copies - 1 to be returned with payment) | | COURT REPORTER | COURT REPORTER SUPERVISOR | |

# INVOICE



"The Word Is Write"

**Gidgette Nieves**
Certified Shorthand Reporter
A Word's Reporting Service
PO Box 27001
San Diego, California 92198
Phone: (760) 489-9673
www.AwordsReporting.com
Federal I.D.   Redacted

| | |
|---|---|
| Client Name: | Baker & Hostetler / Per William Bergmann |
| Attention: | Accounts Payable |
| Address: | 1050 Connecticut Avenue, N.W., Ste.1100 |
| City / State /Zip: | Washington, D.C. 20036-5304 |
| Case Name | Rutherford vs. Security Door Controls |
| Reference No. | Client: 85641 |
| Number | (202) 861-1545 |

| | |
|---|---|
| Invoice No. | 4100831-1 |
| Invoice Date: | 6/23/2009 |

| Date | Description | Amount |
|---|---|---|
| 2-Jun-09 | Vol 1 Deposition of David Geringer 30(b)(6) | $987.25 |
| 3-Jun-09 | Vol 2 Deposition of David Geringer 30(b)(6) | $738.70 |
| 3-Jun-09 | Deposition of Richard Geringer | $549.50 |
| 4-Jun-09 | Deposition of Shane Geringer | $553.05 |
| | | |
| | | |
| | | |
| | Invoice Total: | $2,828.50 |

*Thank you for your business!!!!*

---

*Make check payable* Gidgette Nieves Fed I.D. 26-2980112
*Send payment to address below:*

| | |
|---|---|
| Invoice No. | 04100831-1 |
| Invoice Amount: | $2,828.50 |
| Billing Due Date: | Upon Receipt |

A-Word's Reporting Service
PO Box 27001
San Diego CA 92198




Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ85947

| Invoice Date | Terms |
|---|---|
| 09/21/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

WILLIAM BERGMANN ,ESQ.
BAKER & HOSTETLER, LLP - WASHINGTON
SUITE 1100, WASHINGTON SQUARE
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/26/2009 | RUTHERFORD CONTROLS vs. SECURITY D | 78114 | 09/09/2009 | F-S-O |

| Description | Amount |
|---|---|
| Services Provided on 08/26/2009, JOHN PRATT | |
| ORIGINAL & ONE COPY - MEDICAL TECHNICAL & INTERPRETER/WORD INDEX (117 Pages) | $ 807.30 |
| EXHIBITS | $ 229.50 |
| VIDEO | $ 921.75 |
| LITIGATION SUPPORT CD-ROM | $ 0.00 |
| ARCHIVING FEE | $ 30.00 |
| WAITING TIME | $ 100.00 |
| ROUGH DISK | $ 190.80 |
| | $ 2,279.35 |
| DELIVERY - OTHER | $ 41.14 |
| | $ 41.14 |

**CONTINUED ON NEXT PAGE ...**

Tax Number: Redacted

**Method of Payment**

Company: Esquire - Washington DC
Invoice Number: EQ85947
Invoice Date: 09/21/2009
Balance: $ 0.00
Due Date: 10/21/2009
Late Date: 11/05/2009
Late Amount: $ 0.00

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number                    Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

059 0000085947 09212009 6 000000000 0 10212009 11052009 4 000000000 07




Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

ESQUIRE
an Alexander Gallo Company

Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ85947

| Invoice Date | Terms |
|---|---|
| 09/21/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

WILLIAM BERGMANN ,ESQ.
BAKER & HOSTETLER, LLP - WASHINGTON
SUITE 1100, WASHINGTON SQUARE
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/26/2009 | RUTHERFORD CONTROLS vs. SECURITY D | 78114 | 09/09/2009 | F-S-O |

| Description | Amount |
|---|---|

We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
JOB LOCATION: LOS ANGELES, CA

THANK YOU

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 2,320.49 |
| Paid: | $ 2,320.49 |
| Balance Due : | $ 0.00 |
| Payment Due: | 10/21/2009 |
| After 11/05/2009 Pay This Amount: | $ 0.00 |

Tax Number: Redacted

**Method of Payment**

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number                    Exp. Date

Company: Esquire - Washington DC
Invoice Number: EQ85947
Invoice Date: 09/21/2009
Balance: $ 0.00
Due Date: 10/21/2009
Late Date: 11/05/2009
Late Amount: $ 0.00

☐ Check Enclosed

Please Make Check Payable to Esquire

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

059 0000085947 09212009 6 000000000 0 10212009 11052009 4 000000000 07

# INVOICE



"The Word Is Write"

**Gidgette Nieves**
Certified Shorthand Reporter
A Word's Reporting Service
PO Box 27001
San Diego, California 92198
Phone: (760) 489-9673
www.AwordsReporting.com
Federal I.D. Redacted

| | |
|---|---|
| Client Name: | Baker & Hostetler / Per William Bergmann |
| Attention: | Accounts Payable |
| Address: | 1050 Connecticut Avenue, N.W., Ste.1100 |
| City / State /Zip: | Washington, D.C. 20036-5304 |
| Case Name | Rutherford vs. Security Door Controls |
| Reference No. | Client: 85641 |
| Number | (202) 861-1545 |

| | |
|---|---|
| Invoice No. | 04100873-2 |
| Invoice Date: | 9/25/2009 |

| Date | Description | Amount |
|---|---|---|
| 10-Sep-09 | Vol 1 Deposition of Mark Rozad 30(b)(6) | $761.90 |
| | | |
| | Invoice Total: | $761.90 |

*Thank you for your business!!!!*

---



Make check payable Gidgette Nieves Fed I.D. 80-0439962
Send payment to address below:

| | |
|---|---|
| Invoice No. | 04100873-2 |
| Invoice Amount: | $761.90 |
| Billing Due Date: | Upon Receipt |

A-Word's Reporting Service
PO Box 27001
San Diego CA 92198

# INVOICE



"The Word Is Write"

**Gidgette Nieves**
Certified Shorthand Reporter
A Word's Reporting Service
PO Box 27001
San Diego, California 92198
Phone: (760) 489-9673
www.AwordsReporting.com
Federal I.D. Redacted

| | |
|---|---|
| Client Name: | Baker & Hostetler / Per William Bergmann |
| Attention: | Accounts Payable |
| Address: | 1050 Connecticut Avenue, N.W., Ste.1100 |
| City / State /Zip: | Washington, D.C. 20036-5304 |
| Case Name | Rutherford vs. Security Door Controls |
| Reference No. | Client: 85641 |
| Number | (202) 861-1545 |

| | |
|---|---|
| Invoice No. | 04100870-2 |
| Invoice Date: | 9/25/2009 |

| Date | Description | Amount |
|---|---|---|
| 11-Sep-09 | Vol 1 Deposition of Randall Oxley Expert | $892.55 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Invoice Total: | $892.55 |

*Thank you for your business!!!!*

---

Make check payable Gidgette Nieves Fed I.D. 80-0439962
Send payment to address below:

| | |
|---|---|
| Invoice No. | 04100870-2 |
| Invoice Amount: | $892.55 |
| Billing Due Date: | Upon Receipt |

A-Word's Reporting Service
PO Box 27001
San Diego CA  92198